IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00469-LTB-MJW

ECHOSTAR SATELLITE, LLC, et al.,

Plaintiff(s),

v.

THANG LE, et al.,

Defendant(s).

ORDER SETTING SCHEDULING/PLANNING CONFERENCE

Entered by Magistrate Judge Michael J. Watanabe

The above captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order of Reference to United States Magistrate Judge, entered by Chief Judge Lewis T. Babcock on May 5, 2005.

**IT IS HEREBY ORDERED that a Scheduling/Planning Conference pursuant to Fed.R.Civ.P.16(b) shall be held on June 28, 2005, at 3:00 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.** If this date is not convenient for any counsel, he/she should confer with opposing counsel and **file a motion** to reschedule the conference to a more convenient date.

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME OF THE SCHEDULING/PLANNING CONFERENCE.</u>

IT IS ORDERED that counsel for the parties in this case are to hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed.R.Civ.P.26(f) as amended, and D.C.COLO.LCivR 26.1 and App. F, on or before <u>21 days prior to scheduling conference</u>. Pursuant to Fed.R.Civ.P.26(d), as amended, no discovery shall be sought until after the pre-scheduling conference meeting. <u>No later than 5 days prior to the Scheduling/Planning Conference, counsel shall submit their proposed Scheduling</u>

Order to the *__Magistrate Judge assigned__*.  In addition, on or before 14 days after the pre-scheduling conference meeting, the parties shall comply with the mandatory disclosure requirements of Fed.R.Civ.P.26(a)(1), as amended.

The parties shall prepare the proposed Scheduling Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at [www.cod.uscourts.gov.](www.cod.uscourts.gov.)   Instructions for downloading in richtext format are posted in the forms section of the website.  Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office in Alfred A. Arraj U.S. Courthouse,  901 19th Street, Room A-105, Denver, Colorado.  (The Clerk's Office Telephone Number is (303) 844-3433.)

IT IS FURTHER ORDERED that at least five (5) days prior to the Scheduling/ Planning Conference, counsel for each party shall submit a brief Confidential Settlement Statement to the Magistrate Judge **ONLY**, outlining the facts and issues involved in the case, and the possibilities for settlement, including any settlement authority from the client. **Confidential settlement statements shall be submitted to the Clerk's Office and marked "Personal and Confidential"**.  Counsel should be prepared to discuss settlement at the Scheduling/Planning Conference and should obtain settlement authority from the client, or have the client available either in person or by telephone.

All out-of-state counsel shall comply with D.C.COLO.LCivR 83.3 prior to the Scheduling/Planning Conference.

In addition to filing an appropriate notice with the clerk's office, counsel must file a copy of any notice of withdrawal, notice of substitution of counsel, or notice of change of counsel's address or telephone number with the clerk of the United States Magistrate Judge assigned to this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2B.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Except for papers filed by facsimile pursuant to D.C.COLO.LCivR 5.1A., an original and two copies of every paper shall be filed with the Court.

SIGNED AND DATED _____, 200__, at Denver, Colorado.

BY THE COURT:

_____
MICHAEL J. WATANABE
United States Magistrate Judge


CERTIFICATE OF SERVICE

I hereby certify that on _____, 200____ , a copy of the foregoing document was served to the following persons by:

　X　United States mail, proper postage affixed:

Todd A. Jansen
Cockrell, Quinn & Creighton
1700 Broadway
#1516
Denver, CO 80290

Stuart T. Miller
Chad M. Hagan
T. Wade Welch & Associates
2401 Fountainview Suite 700
Houston, TX 77057

Thang Le, PRO SE
10375 Richmond Avenue
#1215
Houston, TX 77042


　X　Hand delivery, (where a D.C. Box number appears):


_____
Deputy Clerk