IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00469-LTB-MJW

ECHOSTAR SATELLITE, LLC, et al.,

Plaintiff(s),

v.

THANG LE, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Thang Le's Unopposed Motion for Leave to Appear Telephonically at the Initial Scheduling Conference (filed on July 28, 2005 by fax) is DENIED for the following reasons.  Mr. J. Nathan Overstreet, Esquire, a Texas Attorney, has filed the subject motion on behalf of Defendant Le.  Mr. Overstreet has not entered his appearance on behalf of Defendant Le and is further not admitted to practice before the United States District Court for the District of Colorado.  This court does not allow *pro hac vice* admission by counsel.  Moreover, the motion is signed by Defendant Le and not by Mr. Overstreet.  This court does not permit ghost writing and counsel may be subject to an ethical violation for ghost writing before this court.  Finally, the motion is not filed timely.  The hearing that is the subject matter of this motion is set tomorrow, July 29, 2005, and this motion for filed with the court on July 28, 2005.  Any motions to continue the Rule 16 Scheduling Conference shall be filed at least five (5) days before such conference.  See Order setting Rule 16 Scheduling/Planning Conference (docket no. 5).

Date:  July 28, 2005