IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00469-LTB-MJW

ECHOSTAR SATELLITE, L.L.C. a Colorado Limited Liability Company;
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation; and
NAGRASTAR, LLC, a Colorado Limited Liability Company,

       Plaintiffs,

v.

THANG LE, an individual, and
JOHN DOES 1-10,

       Defendants

---

## AGREED PERMANENT INJUNCTION

---

Plaintiffs EchoStar Satellite L.L.C., EchoStar Technologies Corporation, and NagraStar LLC (collectively "EchoStar") and Defendant Thang Le ("Le") hereby move the Court to enter the following Agreed Permanent Injunction.

The Parties hereby stipulate and agree to the grant of permanent injunctive relief restraining and enjoining Defendant, his respective employees, agents, representatives, and all other persons acting or claiming to act on their behalf or under their direction, control, or authority, and all other persons acting in concert or in participation with them, from:

(1)    manufacturing, importing, offering to the public, advertising, providing, modifying, or otherwise trafficking in any device or component, including but not limited to any satellite receiver capable of decrypting EchoStar satellite signals ("Receiver"), access card capable of interacting with an EchoStar Receiver or EchoStar's conditional access system ("Access Card"), or other device that may be used to receive data, programming, or any other

information either directly or indirectly from any of EchoStar's satellites that:

(a)      is primarily designed or produced for the purpose of circumventing the encryption access control protection software contained within EchoStar Access Cards, EchoStar Receivers, or any other technological measure adopted by EchoStar that effectively controls access to copyrighted programming or effectively protects the exclusive rights afforded the owners of copyrighted programming;

(b)      has only limited commercially significant purpose or use other than to circumvent EchoStar's encryption access control protection software contained within EchoStar Access Cards, EchoStar Receivers, or any other technological measure adopted by EchoStar that effectively controls access to copyrighted programming or effectively protects the exclusive rights afforded the owners of copyrighted programming;

(c)      is knowingly marketed for use in circumventing EchoStar's encryption access control protection software contained within EchoStar Access Cards, EchoStar Receivers, or any other technological measure adopted by EchoStar that effectively controls access to copyrighted programming or effectively protects the exclusive rights afforded the owners of copyrighted programming.

(2)      assembling, modifying, selling, advertising, marketing, possessing, transporting and/or distributing, through any means (whether via the Internet or otherwise) any EchoStar Receiver, EchoStar Access Card, any other device that may be used to receive data, programming, or other information either directly or indirectly from any of EchoStar's satellites, or any other electronic or mechanical device the design of  which  renders  them  primarily useful for the purpose of the surreptitious interception of electronic communications; and

(3)     engaging in communication of any form with any individual and/or entity (other than EchoStar) regarding EchoStar Receivers, EchoStar Access Cards, DES keys, box keys, or otherwise disseminating any information in any form related to the EchoStar's encrypted satellite signal or the unscrambling or decrypting of EchoStar's satellite signal.

Defendant further stipulates and agrees to damages in the amount of $100,000 for each future violation of any provision in this Agreed Permanent Injunction, which is the maximum statutory damage permitted under 47 U.S.C. § 605(e)(3)(C)(i)-(ii).

SIGNED this   8th day of August   , 2005.


       s/Lewis T. Babcock

UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

s/Joseph H. Boyle                                       s/Thang Le
*Joseph H. Boyle*                                        Thang Le
T. Wade Welch & Associates                    406 North Texarkana Street
2401 Fountainview, Suite700                   Hallisville, Texas 77964
Houston, Texas 77057                              Denver, Colorado
Telephone: (713) 952-4334                      (361) 798-1595
FAX: (713) 952-4994
E-mail: jboyle@twwlaw.com                     Defendant *pro se*

Todd A. Jansen
Cockrell, Quinn, & Creighton
Mile High Center
1700 Broadway, Suite 1516
Denver, Colorado 80290

Attorneys for Plaintiffs