IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00469-LTB-MJW

ECHOSTAR SATELLITE, L.L.C. a Colorado Limited Liability Company;
ECHOSTAR TECHNOLOGIES CORPORATION, a Texas Corporation; and
NAGRASTAR, LLC, a Colorado Limited Liability Company,

    Plaintiffs,

v.

THANG LE, an individual, and
JOHN DOES 1-10,

    Defendants

## ORDER

Upon the Joint Stipulation of Dismissal Subject to the Court's Previous Entry of the Agreed Permanent Injunction, filed August 17, 2005, it is

ORDERED that this action is dismissed with prejudice and without assessment of costs against either party.  Each party shall bear its own attorney' fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED: August 18, 2005